IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-HC-2045-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| ANTON JOHNSON | ) | |

This matter is before the Court on Respondent's pro se Motion to Exclude the Government Appointed Examiners [DE 71], Petitioner's Motion to Compel Respondent to Participate in a Deposition [DE 87], Petitioner's Motion for Sanctions [DE 98], and Respondent's Cross Motion for Sanctions [DE 99]. These motions are ripe for adjudication.

Respondent's pro se Motion to Exclude the Government Appointed Examiners [DE 71] is DENIED WITHOUT PREJUDICE because, at the time of filing, Respondent was represented by counsel. The Court will only consider this motion if it is resubmitted by counsel. Any future pro se motions submitted by Respondent, other than one for new counsel, shall be docketed and terminated without further action by the undersigned.

For good cause shown, Petitioner's Motion to Compel Respondent to Participate in a Deposition [DE 87] is GRANTED. Because this Motion is GRANTED, Petitioner's Motion for Sanctions [DE 98] is held in abeyance. Respondent's Cross Motion for Sanctions [DE 99] is DENIED.

For the foregoing reasons, Respondent's pro se Motion to Exclude the Government Appointed Examiners [DE 71] is DENIED WITHOUT PREJUDICE, Petitioner's Motion to Compel Respondent to Participate in a Deposition [DE 87] is GRANTED. Petitioner's Motion

for Sanctions [DE 98] is held in abeyance. Respondent's Cross Motion for Sanctions [DE 99] is DENIED. The Clerk is DIRECTED to serve a copy of this Order on Respondent at his address of record.

SO ORDERED. This 9 day of January, 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE