IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-HC-2045-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANTON JOHNSON, | ) | |
|     Respondent. | ) | |

This cause is before the Court on Respondent's Motion to Compel Payment of Deposition Costs [DE 139]. The government has responded [DE 140], and the matter is ripe for ruling.

The Department of Justice (DOJ) and the Office of Defender Services have reached an agreement regarding the payment of deposition costs in cases arising under 18 U.S.C. § 4248 in which the respondent is represented by a member of the Criminal Justice Act (CJA) panel. 18 U.S.C. § 3006A. As outlined in an email attachment to the government's response to the instant motion, when the government initiates a deposition, DOJ will pay the costs of the original transcript (including court reporter fees, travel expenses, and associated costs) plus the cost of one extra copy of the transcript for the government. CJA funds will pay for the respondent's copy of the transcript. A request by panel counsel for payment should be submitted on a Form CJA 24. If a CJA panel attorney initiates a deposition, CJA funds will pay the cost of the original transcript (including court reporter fees, travel expenses, and associated costs) plus the cost of one extra copy of the transcript for the respondent. The request by panel counsel for payment for the original transcript should be submitted on a Form CJA 21; the request by panel counsel for payment for the additional copy should be submitted on a Form CJA 24. DOJ will pay for the government's copy of the transcript.

Accordingly, counsel for Respondent is hereby DIRECTED to comply with the terms of this agreement and submit the appropriate forms for payment. As the Court finds it is not required at this time to compel payment of CJA or DOJ funds, Respondent's Motion to Compel is DENIED.

SO ORDERED, this __15__ day of May, 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2